UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20403-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**NELSON RONALDO GARCIA MEDINA**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on February 28, 2025 [ECF No. 98]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 98]** is **AFFIRMED AND ADOPTED**, and Defendant, Nelson Ronaldo Garcia Medina's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 6th day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Lisette M. Reid